UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| DONALD NEWMAN,<br><br>Plaintiff,<br><br>v.<br><br>SMITH, et al.,<br><br>Defendants. | CAUSE NO. 3:26-CV-348-JTM-JEM |

OPINION AND ORDER

Donald Newman, a prisoner without a lawyer, filed a complaint about the prison grievance process that was dismissed because it did not state a claim. (DE # 6.) Almost six months later, he filed a group of motions. He requests appointment of counsel (DE # 10), a court order to see a spinal and nerve specialist (DE # 11), a court order for defendants to produce copies of incident reports (DE # 12), a court order for defendants to produce his medical records (DE # 14), permission to go to the library (DE ## 9, 15),[1] and "chain of custody paperwork" from his prison grievances (DE ## 13, 16). Several of these motions are unrelated to his complaint which did not state a claim. There is no basis for granting any of these motions because this case is closed.

For these reasons, the motions (DE ## 9, 10, 11, 12, 13, 14, and 15) are **DENIED.**

**SO ORDERED.**

Date: November 19, 2026

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT

---

[1] The filing at DE # 9 is unsigned but Newman filed a signed copy as DE # 15.